## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

LORENZO BOON,

           Plaintiff,

v.

COUNTY OF HUDSON,

           Defendant.

**CLOSED**

Civil Action No.: 10-6192 (PGS)

**MEMORANDUM & ORDER**

Whereas *pro se* Plaintiff Lorenzo Boon filed an application to proceed *in forma pauperis* on November 24, 2010 (ECF No. 1.); and

Whereas the Court granted Plaintiff's application to proceed *in forma pauperis* on April 7, 2011, and directed the clerk of the Court to file Plaintiff's Complaint against Defendant the County of Hudson; and

Whereas Federal Rule of Civil Procedure 8 sets forth the following general rules for pleading:

> **(a) Claim for Relief.** A pleading that states a claim for relief must contain:
>
> (1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;
>
> (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and
>
> (3) a demand for the relief sought, which may include relief in the alternative or different types of relief[; and]

Whereas it appears that Plaintiff is alleging that Judges sitting on the Superior Court of New Jersey violated Judicial Canons when conducting proceedings related to child custody and/or support; and

Whereas Plaintiff's Complaint and Civil Cover Sheet fail to set forth the grounds for the Court's jurisdiction and the Court does not already have jurisdiction, *see* Fed. R. Civ. P. 8(a)(1); and

Whereas Plaintiff's Complaint does not show that Plaintiff is entitled to relief, *see* Fed. R. Civ. P. (8)(a)(2);

IT IS on this 7th day of April 2011, **ORDERED** that Plaintiff's Complaint is dismissed without prejudice pursuant to Fed. R. Civ. P. 8(a)(1)-(2) for failure to meet the general rules of pleading.

_____
PETER G. SHERIDAN, U.S.D.J.

April 7, 2011